UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. HAWKINS,<br><br>        Plaintiff,<br><br>vs.<br><br>JOHN DOE, et al.,<br><br>        Defendants.<br>_____/ | 1:05-cv-01276-OWW-DLB-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 12)<br><br>**ORDER DISMISSING ENTIRE ACTION** |

    Plaintiff, James D. Hawkins ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On October 3, 2007, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On November 16, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  de novo review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6  Accordingly, IT IS HEREBY ORDERED that:
7  1.  The Findings and Recommendations, filed October 3,
8  2007, are ADOPTED IN FULL; and,
9  2.  This action is DISMISSED in its entirety.
10 IT IS SO ORDERED.
11 **Dated:   December 12, 2007**              **/s/ Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE